**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 7th day of July, 2023.**



_____
Robert D. Berger
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

**IN RE:**

Reba Simone Paul
SSN: XXX-XX-5401

Debtor                    Case No: 22-21172-13

### CHAPTER 13 TRUSTEE'S ORDER OF DISMISSAL

**NOW,** on July 06, 2023 at Kansas City, KS comes before the Court the above captioned matter. After reviewing the file, and being duly advised, the Court finds the above captioned case should be dismissed for the following reason(s):

The Debtor has failed to begin payments within thirty days of filing the Petition as required under 11 U.S.C. Section 1326 (a) (1).

The Debtor has failed to maintain payments to the Trustee's office as required under 11 U.S.C. Section 1326.

The Debtor failed to remit $40, 000.00 plan payment by June 30, 2023 as instructed by the Court on June 08, 2023.

IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED the above captioned matter is dismissed WITHOUT prejudice.

Date: July 06, 2023

###

Prepared by:

s/W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com